**No. 60867.**—Continental Shipping Co. v. United States, protest 220623–K/5067 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel strips similar in all material respects to those the subject of Abstract 58580, the claim of the plaintiff was sustained.

**No. 60868.**—Gold Win Tool & Hardware Co. et al. v. United States, protests 221516–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vises the same in all material respects as those the subject of Abstract 59420, the claim of the plaintiffs was sustained.

**No. 60869.**—Gramercy Import Co., Inc. v. United States, protests 300622–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).